DANIEL BOOSING, Appellant, v. TIMOTHY DORMAN et al., Respondents.

*Boosing* v. *Dorman*, 148 App. Div. 824, affirmed.
(Argued December 4, 1913; decided December 19, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1912, affirming a judgment in favor of defendants entered upon the report of a referee in an action to restrain defendants from unfairly competing with the plaintiff, thereby causing injury and damage to the good will of his business by misusing knowledge, acquaintance, influence and information relating to plaintiff's customers, acquired by the defendant Dorman while serving persons and firms as an employee of the appellant, from a list with which he had been intrusted as such employee.

*Thomas A. Sullivan, Frederick G. Bagley* and *Joseph A. Wechter* for appellant.

*Francis F. Baker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.